| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Fifth Third Bank | **Order Filed on September 3, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>        David P. Petruzzi, Rhonda M. Petruzzi<br><br>Debtors. | Case No.: <u>18-20733 ABA</u><br><br>Adv. No.:<br><br>Hearing Date:  8/27/19 @ 10:00 a.m.<br><br>Judge:  <u>Andrew B. Altenburg, Jr.</u> |

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

   The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 3, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:  David P. Petruzzi, Rhonda M. Petruzzi
Case No:  18-20733 ABA
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY

_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Fifth Third Bank, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property 2015 Jeep Renegade, VIN: ZACCJBDT0FPB61787, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Steven A. Silnutzer, Esq., attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of August 22, 2019, Debtor has cured the post-petition arrears; and

      It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume September 10, 2019, directly to Secured Creditor Fifth Third Bank, 1830 East Paris S.E., MD#RSCB3E, Grand Rapids, Michigan 49546; and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

      It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
David P. Petruzzi  
Rhonda M. Petruzzi  
    Debtors

Case No. 18-20733-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin           Page 1 of 1       Date Rcvd: Sep 03, 2019
                      Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2019.
db/jdb         David P. Petruzzi,    Rhonda M. Petruzzi,    6201 Nelson Ave,    Mays Landing, NJ   08330-1303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Fifth Third Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      James D. Donnelly    on behalf of Creditor    Fulton Bank of New Jersey james.d@donnlaw.com, jim.donnlaw@gmail.com
      Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
      Kevin Gordon McDonald    on behalf of Creditor    Fifth Third Bank kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Steven A. Silnutzer    on behalf of Debtor David P. Petruzzi stevenasil2000@yahoo.com, G28047@notify.cincompass.com;silnutzerlaw@gmail.com
      Steven A. Silnutzer    on behalf of Joint Debtor Rhonda M. Petruzzi stevenasil2000@yahoo.com, G28047@notify.cincompass.com;silnutzerlaw@gmail.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8