| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | David P. Petruzzi<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8056<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Rhonda M. Petruzzi<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1449<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    18–20733–ABA | | |

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David P. Petruzzi                        Rhonda M. Petruzzi

6/13/22                        **By the court:** Andrew B. Altenburg Jr.
                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-20733-ABA |
| David P. Petruzzi | Chapter 13 |
| Rhonda M. Petruzzi | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 13, 2022 | Form ID: 3180W | Total Noticed: 43 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | David P. Petruzzi, Rhonda M. Petruzzi, 6201 Nelson Ave, Mays Landing, NJ 08330-1303 |
| 517556664 | + | Atlantic County Superior Court, 1201 Bacharach Blvd, Atlantic City, NJ 08401-4526 |
| 517556665 | | Atlanticare, 1925 Pacific Ave, Atlantic City, NJ 08401-6713 |
| 517556672 | | Citibank/Wawa, PO Box 6139, Sioux Falls, SD 57117-6139 |
| 517588794 | + | Fulton Bank of New Jersey, James D. Donnelly, Esq., 1236 Brace Road, Suite C, Cherry Hill, NJ 08034-3229 |
| 517556677 | | Global Client Solutions, 4343 S 118th East Ave Ste 220, Tulsa, OK 74146-4400 |
| 517556678 | + | Hayt Hayt & Landau, LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 517556680 | | James D. Donnelly, Esq, 1236 Brace Rd Ste C, Cherry Hill, NJ 08034-3229 |
| 517556686 | | PNC Bank, N.A, Legal Doc Review P7-PFFC-01-S, PO Box 3489, Pittsburgh, PA 15230-3489 |
| 517556688 | | Selip & Stylianou, LLP, Attn: Richard Samuel Eichenbaum, 199 Crossways Park Dr, Woodbury, NY 11797-2016 |
| 517556690 | | Superior Court- Forclosure Unit, PO Box 971, Trenton, NJ 08625-0971 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcy@fult.com | Jun 13 2022 20:43:00 | Fulton Bank of New Jersey, 533 Fellowship Road, Suite 250, Mt. Laurel, NJ 08054-3411 |
| 517556661 | | Email/Text: collections@abcofcu.org | Jun 13 2022 20:43:00 | Abco Federal Credit Union, PO Box 247, Rancocas, NJ 08073-0247 |
| 517556662 | | Email/PDF: bncnotices@becket-lee.com | Jun 13 2022 20:47:19 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517556666 | | EDI: BANKAMER.COM | Jun 14 2022 00:43:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 517556667 | | EDI: CAPITALONE.COM | Jun 14 2022 00:43:00 | Capital One - Cabela's, 4800 NW 1st St Ste 300, Lincoln, NE 68521-4463 |
| 517556668 | | EDI: CAPITALONE.COM | Jun 14 2022 00:43:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517594846 | | EDI: CAPITALONE.COM | Jun 14 2022 00:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517556669 | + | Email/Text: bankruptcy@cavps.com | Jun 13 2022 20:43:00 | Cavalry Portfolio Services, 500 Summit Lake Dr, Valhalla, NY 10595-2321 |
| 517563179 | + | Email/Text: bankruptcy@cavps.com | | |

Case 18-20733-ABA   Doc 41   Filed 06/15/22   Entered 06/16/22 00:14:39   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2022 | Form ID: 3180W | Total Noticed: 43 |

| | | | |
|---|---|---|---|
| | | Jun 13 2022 20:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517556673 | EDI: WFNNB.COM | | |
| | | Jun 14 2022 00:43:00 | Comenity Capital - Good, PO Box 183003, Columbus, OH 43218-3003 |
| 517556674 | Email/Text: bknotice@ercbpo.com | | |
| | | Jun 13 2022 20:43:00 | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 517589961 | + Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | | |
| | | Jun 13 2022 20:43:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 517556675 | Email/Text: collectionbankruptcies.bancorp@53.com | | |
| | | Jun 13 2022 20:43:00 | Fifth Third Bank, Attn: Installment Loans, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 517556676 | Email/Text: bankruptcy@fult.com | | |
| | | Jun 13 2022 20:43:00 | Fulton Bank of New Jersey, 1 Penn Sq, Lancaster, PA 17602-2853 |
| 517556679 | EDI: HFC.COM | | |
| | | Jun 14 2022 00:43:00 | HSBC Bank, PO Box 9, Buffalo, NY 14240-0009 |
| 517556670 | EDI: JPMORGANCHASE | | |
| | | Jun 14 2022 00:43:00 | Chase / Bank One Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 517556671 | EDI: JPMORGANCHASE | | |
| | | Jun 14 2022 00:43:00 | Chase Cardmember Service, PO Box 15298, Wilmington, DE 19850-5298 |
| 517556681 | Email/Text: bknotificationdistribution@jhcapitalgroup.com | | |
| | | Jun 13 2022 20:43:00 | Jh Portfolio Debt Equities, 5757 Phantom Dr # 225, Hazelwood, MO 63042-2429 |
| 517556682 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 13 2022 20:47:23 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517680849 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 13 2022 20:47:05 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517556683 | Email/Text: camanagement@mtb.com | | |
| | | Jun 13 2022 20:43:00 | M&T Bank, 1100 Wehrle Dr, Buffalo, NY 14221-7748 |
| 517556684 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 13 2022 20:43:00 | Midland Funding LLC, c/o Midland Credit Management, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 517556685 | Email/Text: list-nes-clientservicesreps-all@nes1.com | | |
| | | Jun 13 2022 20:43:00 | National Enterprise Systems, 2479 Edison Blvd Unit A, Twinsburg, OH 44087-2476 |
| 517678410 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jun 13 2022 20:42:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 517632183 | EDI: Q3G.COM | | |
| | | Jun 14 2022 00:43:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517556689 | EDI: AISSPRINT | | |
| | | Jun 14 2022 00:43:00 | Sprint, PO Box 7949, Overland Park, KS 66207-0949 |
| 517556691 | EDI: RMSC.COM | | |
| | | Jun 14 2022 00:43:00 | SYNCB - Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 517556692 | EDI: RMSC.COM | | |
| | | Jun 14 2022 00:43:00 | SYNCB / Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 517556693 | EDI: RMSC.COM | | |
| | | Jun 14 2022 00:43:00 | SYNCB/ Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 517560102 | + EDI: RMSC.COM | | |
| | | Jun 14 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 32

# BYPASSED RECIPIENTS

Case 18-20733-ABA    Doc 41    Filed 06/15/22    Entered 06/16/22 00:14:39    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2022 | Form ID: 3180W | Total Noticed: 43 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517556663 | ##+ | Apex Legal Group, PC, 500 Ygnacio Valley Rd Ste 430, Walnut Creek, CA 94596-8211 |
| 517556687 | ##+ | Schiller, Knapp, Lefkowitz and Hertzel, 950 New Loudon Rd Ste 109, Latham, NY 12110-2190 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2022            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Fifth Third Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| James D. Donnelly | on behalf of Creditor Fulton Bank of New Jersey james.d@donnlaw.com  jim.donnlaw@gmail.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Fifth Third Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Steven A. Silnutzer | on behalf of Debtor David P. Petruzzi stevenasil2000@yahoo.com  G28047@notify.cincompass.com;silnutzerlaw@gmail.com |
| Steven A. Silnutzer | on behalf of Joint Debtor Rhonda M. Petruzzi stevenasil2000@yahoo.com  G28047@notify.cincompass.com;silnutzerlaw@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8