Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18−20733−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| David P. Petruzzi<br>6201 Nelson Ave<br>Mays Landing, NJ 08330−1303 | Rhonda M. Petruzzi<br>6201 Nelson Ave<br>Mays Landing, NJ 08330−1303 |

Social Security No.:
  xxx−xx−8056                                xxx−xx−1449

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 27, 2022</u>                  <u>Andrew B. Altenburg Jr.</u>
                                         Judge, United States Bankruptcy Court